UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CRAIG L. BEENE ]
    Petitioner, ]
]
v. ] No. 3:07-0033
] Judge Trauger
STEPHEN DOTSON, WARDEN ]
    Respondent. ]

O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds merit in the respondent's Motion for Summary Judgment (Docket Entry No. 10). Therefore, the Motion for Summary Judgment is GRANTED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has failed to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

                                              Aleta A. Trauger
                                              United States District Judge